FILED: June 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4
(3:09-cv-00051-FDW)
_____

ELRICO DARNELL FOWLER

    Petitioner - Appellant

v.

KENNETH E. LASSITER, Warden, Central Prison, Raleigh, North Carolina

    Respondent - Appellee

_____

O R D E R

_____

    The court grants the motion to withdraw as counsel filed by court-appointed counsel Faith Bushnaq.

    The court grants appellant's motion for appointment of second counsel. The motion requests appointment of Mark J. Pickett, who will be joining the Center for Death Penalty Litigation on June 17, 2013. Mr. Pickett is not yet a member of the court's Capital Panel. To permit consideration of his appointment as co-counsel in

this case, Mr. Pickett is granted leave to apply for membership on the court's Capital Panel on an expedited basis. The court defers selection of co-counsel pending consideration of Mr. Pickett's Capital Panel application.

The court grants an extension of time for filing the opening brief and appendix in this case to August 26, 2013.

                                            For the Court

                                            <u>/s/ Patricia S. Connor, Clerk</u>